Document 1

```
                     UNITED STATES COURT OF APPEALS

                         FOR THE FOURTH CIRCUIT
                                                            FILED
                                                       July 12, 2007



                              No. 07-1165
                              1:06-cv-00030-IMK


MYLAN PHARMACEUTICALS, INCORPORATED

          Plaintiff - Appellant


   v.

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING,
ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL
UNION, Local 8-957

          Defendant - Appellee



                              No. 07-1166
                              1:05-cv-00035-IMK


MYLAN PHARMACEUTICALS, INCORPORATED

          Plaintiff - Appellant


   v.

UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING,
ENERGY ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL
UNION, LOCAL 8-957

          Defendant - Appellee



                            -------------

                          M A N D A T E

                            -------------

     This Court's order of dismissal pursuant to Rule 42(b) of

the Federal Rules of Appellate Procedure takes effect this date.

     A certified copy of the dismissal order is issued herewith
```

and constitutes the mandate of this Court.


                                    /s/  Patricia S. Connor
                                    ------------------------
                                            CLERK